UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 8:24-cv-00373-WLH-DFM |
|---|---|
| Plaintiff, | |
| v. | DEFAULT JUDGMENT OF FORFEITURE |
| $215,566.31 SEIZED FROM ONE BANK OF AMERICA ACCOUNT, | |
| Defendant. | |

On February 28, 2024, the government filed a Verified Complaint for Forfeiture as to the defendant $215,566.31 Seized from One Bank of America Account (the "defendant property"), pursuant to 18 U.S.C. §§ 981(a)(1)(C) and 984. On August 6, 2024, a Default by Clerk was entered against the interests of Victory Sky, Inc., Jiang Rong P. Chen, and all other potential claimants. (Docket No. 14). The Court granted Plaintiff's Motion for Default Judgment on October 09, 2024. (Docket No. 17).

The Court having been duly advised of and having considered the matter,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. This Court has jurisdiction over the subject matter of this action and over the parties.

2. The Complaint for Forfeiture states a claim for relief pursuant to 18 U.S.C. § 1343 (wire fraud), which is a specified unlawful activity as defined in 18 U.S.C. §§ 1956(c)(7)(A) and 1961(1)(B), and therefore the defendant is subject to forfeiture pursuant to 18 U.S.C. §§ 981(a)(1)(C), and 984.

3. Notice of this action has been given in the manner required by law. No Claim or Answer was filed in this action by any claimant. The Court deems that all potential claimants admit the allegations in the Complaint for Forfeiture to be true.

4. A default judgment shall be and hereby is entered against the interests of all potential claimants in the defendant.

5. The defendant shall be and hereby is forfeited to the United States of America, which shall dispose of the defendant currency in the manner required by law.

6. The Court finds there was reasonable cause for the seizure of the defendant and this judgment shall be construed as a certificate of reasonable cause under 28 U.S.C. § 2465.

DATED: January 21, 2025

HONORABLE WESLEY L. HSU
UNITED STATES DISTRICT JUDGE